**FEIN, SUCH, KAHN & SHEPARD, PC.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
R.A. LEBRON, ESQ. (RL-7029)
ZCW890

| | |
|---|---|
| IN RE:<br><br>DEANNA L. FIELD and<br>EDWARD Q. FIELD<br><br>  Debtors. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Chapter 7<br><br>Case No. 08-35580 MBK<br><br>**NOTICE OF MOTION TO VACATE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362 (d)**<br><br>  Hearing Date:  March 02, 2009 |

TO:   BARRY W. FROST, ESQ.
      TEICH GROH
      691 STATE HIGHWAY 33
      TRENTON, NJ 08619-4407
      Debtors' Attorney

      JOHN MICHAEL McDONNELL
      TRENK DIPASQUALE, ET AL.
      115 MAPLE AVENUE
      SUITE 201
      RED BANK, NJ 07701
      Trustee in Bankruptcy

      DEANNA L. FIELD
      EDWARD Q. FIELD
      1249 BEAR TAVERN ROAD
      TITUSVILLE, NJ 08560
      Debtors.

SIR and MADAM:

PLEASE TAKE NOTICE that the undersigned attorney for the Secured Creditor, COUNTRYWIDE HOME LOANS SERVICING, LP, shall move before the, United States Bankruptcy Judge, HONORABLE MICHAEL B. KAPLAN, 402 EAST STATE STREET, TRENTON NJ 08608 on the 2nd day of March, 2009, at 10:00 a.m., or as soon thereafter as counsel may be heard, for the following relief:

A. For an Order to Vacate the Automatic Stay pursuant to 11 U.S.C. 362 (d) (1) and/or (2) to permit COUNTRYWIDE HOME LOANS SERVICING, LP, to proceed against the Debtors and to foreclose upon residential real property of the Debtors known as <u>1249 BEAR TAVERN RD, TITUSVILLE, NJ 08560</u> (hereinafter "Premises"), by any lawful means in the Superior Court of New Jersey, Chancery Division; and

B. For such other relief as is just.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, counsel will rely upon the Affidavit of COUNTRYWIDE HOME LOANS SERVICING, LP.

Dated: February 10, 2009

                      **FEIN, SUCH, KAHN & SHEPARD, PC.**
                      Attorneys for Secured Creditor,
                      **COUNTRYWIDE HOME LOANS SERVICING, LP**

              By:   <u>/S/ R.A. LEBRON, ESQ.</u>