Form 154 – ntcabn72

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 08−35580−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Deanna L. Field                                    Edward Q. Field
1249 Bear Tavern Road                              82 Hilltop Boulevard
Titusville, NJ 08560                               East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−8745                                     xxx−xx−7800

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED ABANDONMENT

John Michael McDonnell, Trustee for the above−captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.

If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than March 11, 2009.

In the event an objection is timely filed, a hearing will be held before the Honorable Michael B. Kaplan on

DATE:            March 30, 2009
TIME:            10:00 AM
COURTROOM:       3

If no objection is filed with the Clerk and served upon the Trustee on or before March 11, 2009, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:
1249 Bear Tavern Road
Titusville, NJ 08560
Current Market Value: $350,000.00

The liens on the property to be abandoned are as follows
(including amount claimed due):
$390,000.00

Plus 10% for Cost of Sale

The amount of equity claimed as exempt by the debtor is:
$0.00

Request for additional information about the property to be abandoned should be directed to the Trustee at:
John Michael McDonnell
Trenk DiPasquale, et al.

115 Maple Avenue
Suite 201
Red Bank, NJ 07701
973−243−8600

    or the trustee's attorney (if applicable) at:
Anthony Sodono III
Trenk, DiPasquale, et al.
347 Mt. Pleasant Avenue
Suite 300
West Orange, NJ 07052
973−243−8600


Dated: February 20, 2009
JJW:

                        James J. Waldron
                        Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: mfoglema            Page 1 of 1           Date Rcvd: Feb 20, 2009
Case: 08-35580                Form ID: 154              Total Served: 29
```

The following entities were served by first class mail on Feb 22, 2009.
```
db           +Deanna L. Field,   1249 Bear Tavern Road,   Titusville, NJ 08560-2005
jdb          +Edward Q. Field,   82 Hilltop Boulevard,   East Brunswick, NJ 08816-2836
smg           U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +United States Trustee,   Office of the United States Trustee,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
509279159    +Business Financial Services,   c/o Eric L. Glazer, Esq.,   2300 Corporate Blvd., Ste. 232,
               Boca Raton, FL 33431-7359
509279161    +Capital Health System-Fuld Campus,   PO Box 785841,   Philadelphia, PA 19178-0001
509279163     Capital One Bank,   PO Box 85064,   Glen Allen, VA 23058
509279162    +Capital health Systems,   c/o A-1 Collection Service,   PO Box 7387,   Trenton, NJ 08628-0387
509279164    +Chase Bank,   c/o Brad D. Layton, Esq.,   JP Morgan Chase,   900 US Highway 9, Ste. 401,
               Woodbridge, NJ 07095-1003
509279165    +Citibank,   c/o NCO Financial,   PO Box 15630,   Wilmington, DE 19850-5630
509279166    +Countrywide Home Loans,   PO Box 660694,   Dallas, TX 75266-0694
509279167    +Eliot B. Gardon Ph.D,   PO Box 695,   Princeton Junction, NJ 08550-0695
509279168    +FIA CSNA,   PO Box 17054,   Wilmington, DE 19884-0001
509279169    +International Aquatic Trades,   719 Swift Street,   Santa Cruz, CA 95060-5859
509279171    +LVNV Funding,   c/o Credit Control,   1917 Boothe Circle,   Longwood, FL 32750-6708
509279170    +Lab Corp.,   c/o LCA,   PO Box 2240,   Burlington, NC 27216-2240
509279172    +Macy's,   PO Box 4580,   Carol Stream, IL 60197-4580
509279173    +Orbea,   PO Box 7462,   Little Rock, AR 72217-7462
509279175    +PSE&G,   P.O. Box 14104,   New Brunswick, NJ 08906-4104
509279174    +Princeton Health Care,   PO Box 13768,   Philadelphia, PA 19101-3768
509279176    +Regional Business Assistance,   3111 Quakerbridge Road,   Trenton, NJ 08619-1634
509279177    +T-Mobile,   PO Box 742596,   Cincinnati, OH 45274-2596
509279178    +Target national Bank,   c/o NARS,   PO box 701,   Chesterfield, MO 63006-0701
509279179    +Tempest,   c/o Encore,   PO Box 47248,   Oak Park, MI 48237-4948
509279180    +Tyr Sport Inc.,   c/o United Commercial Collections,   4455 Genesee Street,
               Buffalo, NY 14225-1928
509279182    +Warnaco Inc. - Speedco,   470 Wheeler Farm Road,   Milford, CT 06461-1819
509279183    +Yellow Book USA,   c/o Rauch Milliken,   PO Box 8390,   Metairie, LA 70011-8390
```
The following entities were served by electronic transmission on Feb 20, 2009.
```
509420797     E-mail/PDF: rmscedi@recoverycorp.com Feb 20 2009 21:21:49
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
509279181    +E-mail/PDF: bankruptcyverizoncom@afni.com Feb 20 2009 21:21:30      Verizon New Jersey,
               PO Box 4833,   Trenton, NJ 08650-4833
                                                                                              TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
509279160     Cach LLC
                                                                                       TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 22, 2009**                    **Signature:**     _/s/ Joseph Speetjens_