Form clsnodsc – ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 08−35580−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Deanna L. Field                                              Edward Q. Field
  1249 Bear Tavern Road                          82 Hilltop Boulevard
  Titusville, NJ 08560                                East Brunswick, NJ 08816

Social Security No.:
  xxx−xx−8745                                            xxx−xx−7800

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after April 30, 2009 for the reason(s) indicated below.

- ☑ Debtor has not filed a **Debtor's Certification of Completion of Instructional Course Concerning Financial Management** (Official Form B23) proving compliance with the instructional course requirement for discharge.

- ☑ Joint debtor has not filed a **Debtor's Certification of Completion of Instructional Course Concerning Financial Management**(Official Form B23) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: March 31, 2009
JJW: dpn

                                                                                       James J. Waldron
                                                                                       Clerk