Official Form 23 (10/06)

# United States Bankruptcy Court
## District Of New Jersey

In re   Deanna L. & Edward Q. Field   ,    Case No.   08-35580/MBK
        Debtor

                        Chapter   7

### DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I,   Edward Q. Field   , the debtor in the above-styled case, hereby
   (Printed Name of Debtor)
certify that on   March 23, 2009   (Date), I completed an instructional course in personal financial management provided by   50-30-20 Money Plan  , an approved personal financial
         (Name of Provider)
management provider.

Certificate No. :   05701 NJ DE 006500341   .

☐ I, _____, the debtor in the above-styled case, hereby
   (Printed Name of Debtor)
certify that no personal financial management course is required because of *[Check the appropriate box.]*:
  ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);
  ☐ Active military duty in a military combat zone; or
  ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:   /s/ Edward Q. Field

Date:   3/23/09

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 05701-NJ-DE-006500341

Bankruptcy Case Number: 09-35580

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on March 23, 2009, at 5:11 o'clock AM MST,

IELD Q F completed a course on personal financial

management given by internet by

50-30-20 MoneyPlan,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the District of New Jersey.


Date: March 23, 2009        By        /s/Lovetta Pyle

                            Name     Lovetta Pyle

                            Title    Client Care and Certificate Specialist